**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



## Court of Appeals

### Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Taylor Horton
Assistant Public Defender
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB2
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Katherine A. Drew
Assistant Public Defender
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 2
Dallas, TX 75207-4399
* DELIVERED VIA E-MAIL *

Hon. Craig Watkins
District Attorney
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd.., LB 19
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00383-CR
Tr.Ct.No.  F12-51946-V
Style:    STEVEN BREED v. THE STATE OF TEXAS

        The above-referenced cause has been set for submission without oral argument on Friday, January 23, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes and Justice Nora Longoria.   Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8.   *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

                                Very truly yours,

                                *Dorian E. Ramirez*

                                Dorian E. Ramirez, Clerk

DER:ch